1/20/2021 Download and Export Tweets into Excel for free. Monitor : Twitter Analytics Tool for Tracking Hashtags, Keywords, and Accounts

Case 1:24-cv-12654-ADB    Document 42-2    Filed 07/01/25    Page 1 of 5

# Download User Tweets for Free

Export into Excel for free up to 3,200 recent tweets of any Twitter user

**Hashtag / Keyword Tweets**  **User Tweets**  **User Followers**

@mailboxjoe                                        Search

Total number of tweets downloaded: **2513**

Export To Excel

# @mailboxjoe

Analytics    ≡ Browse    ⬇ Download    💬 Feedback

Hi SamanthaBrownst, these are a max of 3200 recent tweets posted by the account. For more,

Get a price quote for archived tweets

| 1.5K | 0.6 | 10.4 | 10.5 |
|---|---|---|---|
| **Total Engagement** | **Engagement / Tweet** | **Tweets / Day** | **Favorites / Day** |

## Word Cloud

traitor january news county law country chinese legislature arizona republic evidence concede wisconsin audit **constitution** constitutional left win investigation true republicans steal cop fight stolen treason **biden** vote **ballots** don **dominion** fraud integrity michigan **coup** pa **fraud** mi counted stand ballot sworn g voters breaking real ga voted electors **election trump votes** voter vot fake term legal traitors americans mail joe college american patriots people **president** day georgia report media repul house party thousands patriot secretary illegal machines senate court america sunshine won pennsylvania electoral elections officials supreme

## Engagement Timeline

Post ⌄

1/20/2021
Case 1:24-cv-12654-ADB    Document 42-2    Filed 07/01/25    Page 2 of 5
Download and Export Your Tweets into Excel for free : Vicinitas : Twitter Analytics Tool for Tracking Hashtags, Keywords, and Accounts



## Hour-wise Average Engagement



## Hour-wise Posts



## Day-wise Average Engagement



## Day-wise Posts



## Engagement Summary



## Posts Summary



## Types of Posts



- Retweets
- Replies
- Tweets

## Types of Rich Media



- Photos
- Videos
- GIFs

## Hashtags

| | |
|---|---|
| #bidencheated | 33 |
| #stopthesteai | 23 |
| #stopthesteal | 17 |
| #maga | 16 |
| #kag | 11 |
| #bidencheated2020 | 11 |
| #cnntapes | 11 |
| #kraken | 10 |
| #fightfortrump | 9 |
| #americafirst | 9 |

## User Mentions

| | |
|---|---|
| @realdonaldtrump | 240 |
| @chuckcallesto | 132 |
| @briankempga | 80 |
| @jaketapper | 79 |
| @gatewaypundit | 78 |
| @azgop | 70 |
| @sebgorka | 66 |
| @rudygiuliani | 64 |
| @charliekirk11 | 57 |
| @sidneypowell1 | 56 |

## Influenced By

| | |
|---|---|
| @ivankatrump | 10.3M |
| @donaldjtrumpjr | 6.6M |
| @mike_pence | 6.0M |
| @seanhannity | 5.3M |
| @erictrump | 4.3M |
| @tedcruz | 4.2M |
| @thehill | 4.1M |
| @ingrahamangle | 3.7M |
| @benshapiro | 3.3M |
| @billoreilly | 3.2M |

## Clients

| | |
|---|---|
| Twitter for Android | 2.5K |

All times are in UTC-05:00 (America/New_York)





1/20/2021
Case 1:24-cv-12654-ADB    Document 42-2    Filed 07/01/25    Page 4 of 5
Download and Export User Tweets into Excel for Free - Vicinitas : Twitter Analytics Tool for Tracking Hashtags, Keywords, and Accounts

   

and many more have chosen our products for market intelligence, brand management, and academic research.

Historical Tweets    Real-time Tweets    User Followers

Ideal for analyzing old tweets related to a hashtag,
keyword or account *since 2006 until today.*

## Flexible Pricing

Keyword / Hashtag / Account

Any duration in Twitter history

Tweets in Excel and HTML formats

Downloadable Photos + Videos

Get A Quote

Discounts for academic and non-profit organizations. Contact us:   info@vicinitas.io

## Browse a User's Tweets



### Export into Excel

Once up to 3200 recent tweets of a user are downloaded, you can export the details of each of these tweets into Excel for further analysis and usage. The Excel file would contain a fine granular-level information such as the text of the tweet, the number of likes and retweets it has received, the type of the tweet, whether it contains rich media, and the time of its creation among others.

### Filter based on the media content

Rich media such as photos, videos, and GIFs are often used in Twitter which typically get a lot of engagement in the form of likes and retweets. You can use the filter to parse tweets containing only photos, videos, or GIFs.

### Sort based on engagement or recency

You can sort all the downloaded tweets based on their published dates, or the number of likes and retweets they received.

### Gain Insights into a User's Tweets

1/20/2021

Case 1:24-cv-12654-ADB    Document 42-2    Filed 07/01/25    Page 5 of 5

Download and Export User Tweets into Excel for Free - Vicinitas : Twitter Analytics Tool for Tracking Hashtags, Keywords, and Accounts







## Get the big picture

Understand how engaging the user's tweets are in the duration of the downloaded tweets. Also, see how active the user is overall since joining Twitter in terms of the number of tweets posted and liked per day.

## Find out the best times for posting

Examine the times of the day and week that the user posts most frequently and how well these posts fare in terms of likes and retweets they receive.

## Learn various aspects of content used

Explore how frequently the user posts using various types of tweets, rich media, hashtags, user mentions, and Twitter clients.

Real-time Tweets
Historical Tweets
Pricing

About
FAQs

User Tweets
Search Tweets
User Followers

Contact
Twitter @vicinitas_io
Email info@vicinitas.io

© 2020 Vicinitas    Terms of Use    Privacy Policy    Follow us