# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:24-cv-12654-ADB

| | |
|---|---|
| JOSEPH ABASCIANO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BOSTON, by and through its Treasurer, Ashley Groffenberger; MICHELLE WU; MICHAEL A. COX; PHILLIP OWENS; and JOSEPH COPPINGER,<br><br>    Defendants | |

**DEFENDANTS' INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26 (a)(1) and L.R. 26.1 (B) and 26.2, the Defendants, City of Boston, by and through its Treasurer, Ashley Groffenberger, Michelle Wu, Michael A. Cox, Phillip Owens, and Joseph Coppinger ("Defendants") hereby make the following disclosures.

**I.**  **Rule 26(a)(1)(A)(i): Individuals likely to have discoverable information that the Defendants may use to support their claims or defenses, unless solely for impeachment:**

    1.    Joseph Abasciano

            Mr. Abasciano is a Plaintiff in this action.

    2.    Officer Jose Diaz

            Attended January 6th riots with the Plaintiff.

    3.    Mayor Michelle Wu

            Mayor Wu is a Defendant in this action.

4.       Commissioner Michael A. Cox

   Commissioner Michael A. Cox is a Defendant in this action.

5.       Officer Phillip Owns

   Officer Phillip Owens is a Defendant in this action.

6.       Joseph Coppinger

   Officer Joseph Coppinger is a Defendant in this action.

7.       Dep. Supt. Courtney Matthews

   Dep. Supt Matthews was a supervisor in the Anti-Corruption Division of the Boston Police Department at the time of the relevant investigation.

8.       Lt. Det. Daly

   Lt. Det. Daly worked in the Anti-Corruption Division of the Boston Police Department and was involved in the investigation of the Plaintiff.

9.       Lt. Det. Michael Connolly

   Lt. Det. Connolly worked in the Anti-Corruption Division of the Boston Police Department and was involved in the investigation of the Plaintiff.

10.      Sgt. Det. Leahy

    Lt. Det. Leahy worked in the Anti-Corruption Division of the Boston Police Department and was involved in the investigation of the Plaintiff.

11.      Sgt. Det. Rafael Antunez

    Sgt. Det. Antunez worked in the Internal Affairs Division of the Boston Police Department and was involved in the investigation of the Plaintiff.

12.      Sgt. Det. Juana Hernandez

    Sgt. Det. Hernandez worked in the Internal Affairs Division of the Boston Police Department and was involved in the investigation of the Plaintiff.

13.      Lt. Det. Thomas Lema

    Lt. Det. Lema was a supervisor in the Internal Affairs Division of the Boston Police Department and wrote a report regarding the investigation of the Plaintiff.

14. Dep. Supt. Crispin

    Dep. Supt. Crispin was a supervisor in the Boston Police Department and reviewed the findings of the Internal Affairs Division regarding the investigation of the Plaintiff.

15. Supt. Sharon Dottin

    Supt. Dottin was a supervisor in the Boston Police Department and reviewed the findings of the Internal Affairs Division regarding the investigation of the Plaintiff.

16. Lisa O'Brien, Chief of the Bureau of Administration and Technology

    Chief O'Brien is alleged to have communicated with the Plaintiff about his ability to pursue the position of Detective.

17. Dept. Chief Jamie Miller

    Dept. Chief Miller is alleged to have communicated with the Plaintiff about his ability to pursue the position of Detective.

The Defendants further reference and reserve the right to supplement this list and to call any other individuals who become known through the discovery process to testify at trial, as well as any individual named by the Plaintiff in his disclosures or further identified in discovery.

**II.    Rule 26(a)(1)(A)(ii): Documents and tangible things in the possession, custody, or control of the Defendants and that the Defendant may use to support their claims or defenses unless solely for impeachment:**

The Defendants direct the Plaintiff to the documents Bates stamped ABASCIANO 0001 – ABASCIANO 2983, which are being produced herewith:

- ABASCIANO0001 - ABASCIANO0005: IAPro Task List for IAD2021-0021, detailing action items and assignments;
- ABASCIANO0006 - ABASCIANO0921: Abasciano City of Boston file, includes internal documents related to the investigation
  - ABASCIANO0006 - ABASCIANO0036: Transcript of interview with Officer Joseph Abasciano, conducted by ACD on February 9, 2021 (ACD Case 21-007);
  - ABASCIANO0037: Transcript of interview with Officer Jose Diaz, conducted by

3

- ACD on February 18, 2021 (ACD Case 21-007);
- ABASCIANO0055 - ABASCIANO0143: Transcript of interview with Officer Joseph Abasciano, conducted by ACD on April 21, 2021 (ACD Case 21-007);
- ABASCIANO0144 - ABASCIANO0177: Transcript of interview with Officer Joseph Abasciano, conducted by ACD on May 25, 2021;
- ABASCIANO0178 - ABASCIANO0191: Specifications and Charges for Officer Joseph Abasciano, IAD2021-0021 (Dahill Report);
- ABASCIANO0192 - ABASCIANO0238: ABC Timeline News Articles regarding January 6, 2021, Capitol events;
  - ABASCIANO0192 - ABASCIANO0197: ABC News Capitol Timeline regarding events of January 6, 2021;
  - ABASCIANO0198 - ABASCIANO0207: BillMoyers.com Capitol Timeline covering January 6, 2021, events;
  - ABASCIANO0208 - ABASCIANO0229: USA Today Capitol Timeline covering January 6, 2021, events;
  - ABASCIANO0230: Wikipedia article excerpt on President Trump's January 6, 2021, speech;
  - ABASCIANO0231 - ABASCIANO0238: Wikipedia Capitol Timeline for January 6, 2021, events;
- ABASCIANO0239 - ABASCIANO0242: Anti-Corruption Division (ACD) interviews for Officer Abasciano, covering dates between February and April 2021;
  - ABASCIANO000239: MP3 audio interview of Officer Joseph Abasciano, conducted by ACD on February 9, 2021;
  - ABASCIANO000240: MP3 audio interview of Officer Joseph Abasciano, conducted by ACD on April 21, 2021;
- ABASCIANO000241: MP3 audio interview of Officer Jose Diaz, conducted by ACD on February 18, 2021;
- ABASCIANO0242 - ABASCIANO0269: Attendance related documents, including time and attendance records for Officer Abasciano and Officer Diaz;
  - ABASCIANO0243: B-2 Last Half Roster for January 5, 2021;

4

- ABASCIANO0244: B-2 Last Half Roster for January 6, 2021;
- ABASCIANO0245: B-2 PO Diaz Jose Time Attendance Card for 2021;
- ABASCIANO0245: Time and attendance card for Officer Jose Diaz, covering calendar year 2021;
- ABASCIANO0246: D-14 Half Roster for January 5, 2021;
- ABASCIANO0247: D-14 Half Roster for January 6, 2021;
- ABASCIANO0248: D-14 Time and Attendance Card for Officer Joseph Abasciano, covering calendar year 2021;
- ABASCIANO0249 - ABASCIANO0250: FMLA Leave Approval Documents for Officer Abasciano (October 2, 2020, through November 30, 2020);
- ABASCIANO0250: FMLA Leave Approval Document for Officer Abasciano (November 15, 2020, through January 21, 2021);
- ABASCIANO0251 - ABASCIANO0268: ORACLE Timesheets for Officer Joseph Abasciano, January 2021;
- ABASCIANO0269: Payroll Time and Attendance Record for Officer Jose Diaz, covering January 2–8, 2021;
- ABASCIANO0270 - ABASCIANO0279: Boston Globe articles regarding the January 6, 2021, events and Officer Abasciano's involvement;
    - ABASCIANO0270 - ABASCIANO0273: Boston Globe article from January 14, 2021, regarding the Capitol events;
    - ABASCIANO0274 - ABASCIANO0279: Boston Globe article from May 17, 2021, regarding Officer Abasciano's involvement;
- ABASCIANO0280 - ABASCIANO0552: BRIC Documents, including tweet analytics, miniaturized tweets, and formatted tweet exports;
    - ABASCIANO0280 - ABASCIANO0284: BRIC Tweet Analytics Report for Twitter account @mailboxjoe;
    - ABASCIANO0285 - ABASCIANO0320: BRIC Miniaturized Tweet Images for Twitter account @mailboxjoe;
    - ABASCIANO0321 - ABASCIANO0552: BRIC Formatted Export of Tweets for Twitter account @mailboxjoe;

5

- ABASCIANO0553 - ABASCIANO0555: ACD PO Diaz Jose Capitol Police Department Phone Investigation;
- ABASCIANO0556 - ABASCIANO0558: ACD Email regarding Officer Jose Diaz's Department Cellphone Records;
- ABASCIANO0559 - ABASCIANO0561: ACD Email regarding Officer Jose Diaz's Department Cellphone Records (Continued);

- ABASCIANO0562 - ABASCIANO0578: Emails related to Officer Abasciano's Time and Attendance Reports and Phone Records;
  - ABASCIANO0562 - ABASCIANO0563: ACD Email to John Brennan requesting Officer Abasciano's Time and Attendance Report;
  - ABASCIANO0564 - ABASCIANO0566: ACD Email from Eva Doucette regarding Phone Records Information for Officer Abasciano;
  - ABASCIANO0567 - ABASCIANO0569: ACD Email regarding Officer Jose Diaz's Capitol Police Department Phone Investigation;
  - ABASCIANO0570 - ABASCIANO0572: ACD Email requesting Officer Abasciano's Department Cell Phone Records;
  - ABASCIANO0573 - ABASCIANO0575: ACD Email from Shawn Romanoski regarding Department Cell Phone Records (Email 1);
  - ABASCIANO05756 - ABASCIANO0578: ACD Email from Shawn Romanoski regarding Department Cell Phone Records (Email 2);
- ABASCIANO0579 - ABASCIANO0802: IAD2021-0021 Abasciano Investigation Reports Compilation (including findings, cover sheet, non-concurrence letter, and related reports);
- ABASCIANO0803 - ABASCIANO0828: FMLA documents, including policies, FAQs, and employee rights from BPD and City of Boston;
  - ABASCIANO0803 - ABASCIANO0804: FMLA information from BPD Net;
  - ABASCIANO0805 - ABASCIANO0817: FMLA FAQ from BPD Net;
  - ABASCIANO0818: FMLA Employee Rights Resp from BPD Net;
  - ABASCIANO0819 - ABASCIANO0825: FMLA City of Boston Policy from Boston.gov;

- ♦ ABASCIANO0826: FMLA Leave Approval for Officer Abasciano, covering November 15, 2020, to January 21, 2021;
- ♦ ABASCIANO0827 - ABASCIANO0828: FMLA Leave Approval for Officer Abasciano, covering October 2, 2020, to November 30, 2020;
- ABASCIANO0829: MP3 audio interview of Officer Joseph Abasciano, conducted on May 25, 2021;
- ABASCIANO0830 - ABASCIANO0837: Police reports, including vandalism and related case files;
  - ♦ ABASCIANO0830 - ABASCIANO0832: Vandalism Report (Case #I 202061647) dated August 26, 2020;
  - ♦ ABASCIANO0833: Net Viewer Report;
  - ♦ ABASCIANO0834: P200433591;
  - ♦ ABASCIANO0835: P200440207;
  - ♦ ABASCIANO0836: P200440325;
  - ♦ ABASCIANO0837: P200462283;
- ABASCIANO838 - ABASCIANO0859: Rules and Procedures, including general responsibilities and public integrity policies;
  - ♦ ABASCIANO0838 - ABASCIANO0851: Rule 102 Conduct General Responsibilities (dated July 21, 2020);
  - ♦ ABASCIANO0852 - ABASCIANO059: Rule 113 Public Integrity Policy (dated May 31, 1995);
- ABASCIANO0860 - ABASCIANO0901: Twitter related Documents, including correspondence and complaint details;
  - ♦ ABASCIANO0860 - ABASCIANO861: BPD Email to Twitter;
  - ♦ ABASCIANO0862 - ABASCIANO0863: Email Autoreply from Twitter to BPD on May 26, 2021;
  - ♦ ABASCIANO0864 - ABASCIANO0867: Instructions on how to Download Twitter Archive;
  - ♦ ABASCIANO0868: Twitter LE Contact Info;
  - ♦ ABASCIANO0869 - ABASCIANO0874: Twitter complaint mailboxjoe;

- ABASCIANO0875: ACD BRosa Tweet;
- ABASCIANO0876 - ABASCIANO0881: ACD Investigation Tweets from WCVB;
- ABASCIANO0882 - ABASCIANO0886: ACD Tweets;
- ABASCIANO0887: BRosa617 Closed Twitter Account Status;
- ABASCIANO0888 - ABASCIANO0891: IAD Complaint Tweets;
- ABASCIANO0892 - ABASCIANO0896: L Lin Wood Bio;
- ABASCIANO0897 - ABASCIANO0899: Lin Wood Tweet - Breitbart Article;
- ABASCIANO0900 : LLinWood Suspended Twitter Account;
- ABASCIANO0901: mailboxjoe Closed Twitter Account Status;
- ABASCIANO0902 - ABASCIANO0921: WCVB
  - ABASCIANO0902 - ABASCIANO0907: ACD Investigation WCVB Tweets;
  - ABASCIANO0908 - ABASCIANO909: IAD Email Request to Media Relations for WCVB Twitter Info on 6-09-2021;
  - ABASCIANO0910 - ABASCIANO0911: Media Relations Email to WCVB on June 15, 2021;
  - ABASCIANO912 - ABASCIANO0913: Media Relations Form 26 from June 11;
  - ABASCIANO0914 - ABASCIANO0918: WCVB 5 Investigates Report on January 26, 2021;
  - ABASCIANO0919 - ABASCIANO0921: WCVB Email with attached Tweets to Media Relations on January 19, 2021;
- ABASCIANO0922 - ABASCIANO0923: Abasciano FMLA Application;
- ABASCIANO0924 - ABASCIANO0957: Abasicano May 25, 2021, IAD Interview;
- ABASCIANO0958 - ABASCIANO1258: Abasciano MCAD Documents, including sur-reply and application materials
  - ABASCIANO0958 - ABASCIANO0961: MCAD Case #: 22BEM01406 - Abasciano Sur-Reply;

- ABASCIANO0962 - ABASCIANO1217: Abasciano Application, Appointment, and References;
- ABASCIANO1218 - ABASCIANO1227: MCAD Case#: 22BEM01406- Joe Abasciano Documents;
- ABASCIANO1228 - ABASCIANO1252: Position Statement and Exhibits for Abasciano v. BPD; and
- ABASCIANO1253 - ABASCIANO1258: Response to Amended Complaint (Final)

- ABASCIANO1259 - ABASCIANO2321: Civil Service Documents related to Officer Abasciano's Case
  - ABASCIANO1259 - ABASCIANO1265; Abasciano Appellant's Motion for Reconsideration – December 30, 2024;
  - ABASCIANO1266 - ABASCIANO1314: Abasciano Civil Service Decision;
  - ABASCIANO1315 - ABASCIANO1498: CSC Abasciano Hearing Day 1;
  - ABASCIANO1499 - ABASCIANO1634: CSC Abasciano Hearing Day 2;
  - ABASCIANO1635 - ABASCIANO1825: CSC Abasciano Hearing Day 3;
  - ABASCIANO1826 - ABASCIANO2048: CSC Abasciano Hearing Day 4;
  - ABASCIANO2049 - ABASCIANO2320: CSC Abasciano Hearing Day 5; and
  - ABASCIANO2321: Protest Video June 1, 2020
- ABASCIANO2322 - ABASCIANO2323: Plaintiff Interview
- ABASCIANO2324 - ABASCIANO2982: Trial Board
  - ABASCIANO2324 - ABASCIANO2333: Abasciano Termination;
  - ABASCIANO2334 - ABASCIANO2411: Discipline Determination;
  - ABASCIANO2412 - ABASCIANO2592: Trial Board Abasciano Day 1;
  - ABASCIANO2593 - ABASCIANO2786: Trial Board Abasciano Day 2;
  - ABASCIANO2787 - ABASCIANO2980: Trial Board Abasciano Day 3; and
  - ABASCIANO2981 - ABASCIANO2982: Trial Board Abasciano Hearing- Department Exhibit List
- ABASCIANO2983: PO Diaz Jose ACD Case 21-011 Audio Interview on April 21, 2021;

- MP3 Audio Recording of Interview of Officer Jose Diaz, Anti-Corruption Division, ACD Case 21-011, conducted on April 21, 2021

The Defendants reserve their right to supplement these initial disclosures.

### III. Rule 26(a)(1)(A)(iii): Computation of any category of damages claimed by the disclosing party:

To date, the Defendants have not asserted any claims for damages.

### IV. 26(a)(1)(A)(iv): Insurance:

Not applicable.

Respectfully submitted,
The Defendants,
City of Boston, by and through its Treasurer, Ashley Groffenberger, Michelle Wu, Michael A. Cox, Phillip Owens, and Joseph Coppinger,
By their attorneys,

_____
Leonard H. Kesten, BBO# 542042
Michael V. Glennon, BBO# 678977
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com
mglennon@bhpklaw.com

DATED: April 30, 2025

10