# EXHIBIT B

| To: | Deputy Superintendent Eddy Chrispin |
| --- | --- |
| | Assistant Chief, Bureau of Professional Standards |
| From: | Lieutenant Detective Thomas W. Lema, Jr. |
| | Internal Affairs Division, BPS |
| Date: | November 16, 2021 |
| Subject: | IAD Complaint Number IAD2021-0021 |
| Employee: | Police Officer Joseph M. Abasciano, ID #103590 |
| Violation: | BPD Rule 102, Section 4 – Neglect of Duty/Unreasonable Judgment |
| Complainant: | Twitter Name of @BRosa617 (B. Rosa) |

Sir:

I, Lieutenant Thomas W. Lema, Jr., ID #8648, assigned to the Internal Affairs Division, Bureau of Professional Standards, respectfully submit the following investigative report which includes the Summary of Complaint, Investigation, and Findings/Recommendations, regarding IAD complaint #IAD2021-0021.

## Summary of Complaint

An Internal Affairs Division complaint was initiated based on a Twitter post by @BRosa617 (B. Rosa). The tweet stated: *"@bostonpolice-just a heads up. A couple of your off-duty officers were at the Capital taking pics and here's Abasciano threatened VP and members of Congress. He and others, have now removed their social media."*

In addition to the Twitter complaint, the Boston Police Media Relations Unit notified the Bureau of Professional standards of a Boston Globe article (by Milton J. Valencia and dated January 14, 2021) stating the Boston Police Department had been investigating a Boston Police Officer's possible attendance during the "Capitol siege". The article further stated the investigation involved possible social media threats towards U.S. Vice President Mike Pence. As a result, the Boston Police Anti-Corruption Division began an investigation on Saturday, January 16, 2021.

## Investigation

Recorded interviews were conducted within the Office of the Internal Affairs Division, Bureau of Professional Standards, at Boston Police Headquarters. The following paragraphs are

synopses, and not verbatim accounts of the recorded interviews, with the following police officer(s) and civilian(s): Police Officer Joseph M. Abasciano and Police Officer Jose M. Diaz

- Boston Police Officer Joseph M. Abasciano

o  Relative to the White House and The Capital events, Boston Police Officer Joseph M. Abasciano reported on his first interview with the Boston Police Anti-Corruption Unit, that he recalled President Trump commencing his speech later than anticipated. He could not recall the exact time, but believed it may have been around the "one o'clock hour". At this point, Union Attorney Kenneth Anderson stated the N.Y. Times listed 1:12 p.m. through 2:00 p.m. as President Trump's total speech time. Officer Abasciano believed it had taken approximately twenty to thirty minutes to exit the Ellipse area. Officer Abasciano then decided to walk with Officer Jose Diaz with a large crowd to the U.S Capitol. Officer Abasciano informed investigators he was unable to recall the exact time he and Officer Diaz had arrived at the U.S. Capitol. While stating he was uncertain, Officer Abasciano advised investigators his "best guess" of their arrival time was 3:30 p.m. Officer Abasciano further stated, upon leaving the U.S. Capitol, their walk back to their rental car had been longer than their walk to the U.S. Capitol. He believed they had left Washington D.C. and had been "on the road" back to Massachusetts before the 6:00 p.m. curfew.

   Officer Abasciano stated he when he and Officer Diaz had begun observing "some agitators", they decided to leave the area and return to their rental car. He stated that he and Officer Diaz observed some "agitators" beginning to engage law enforcement. Officer Abasciano stated that he later received some phone calls in regards to "a person shot or an active shooter". He stated that he had not witnessed any activity that had been consistent with a person shot or an active shooter. Officer Abasciano said he would have "expected a much larger law enforcement presence." He further stated he had not witnessed any other signs of violence. He reported that he had been back to the hotel garage for his rental car before the curfew. He reported that he became aware of the U.S. Capitol violence through social media as he and Officer Diaz had been driving back to Massachusetts.

o  Relative to Officer Joseph Abasciano Twitter account, Officer Abasciano confirmed he had used his Twitter account on Wednesday, January 6, 2021. He stated, "Early in the day and then… the afternoon… I sent out a couple of tweets early in the day… as we were leaving and certainly while we were on the road coming home… I sent out a couple tweets." When asked if he had taken pictures of himself "at the rally", Officer Abasciano informed investigators he had taken pictures "of the crowds. He reported that the social media post from "DePina Jojo" which contained a photograph of Officer Abasciano had been from a different event that had taken place 'over the summertime.'

   Officer Abasciano reported that he had been familiar with @linwood (LLinWood) and had read some of his tweets. He stated that he had not read the following @linwood (LLinWood) tweet: *"Get the firing squads ready. Pence goes first"* as of Wednesday,

January 6, 2021. Officer Abasciano stated that he had been informed that the tweet had been posted "days prior" to Wednesday, January 6, 2021, and that it was a tweet posted by someone else and that LLinWood had responded to it.

Investigators proceeded to read the following @mailboxjoe (mailbox joe) tweet to Officer Abasciano who confirmed that he posted the following tweet at '@mailboxjoe:' *"I hope you never sleep well again @VP your Treasonous Act lead to the murder of an innocent girl and the death of America. You are not a Godley man. I guess @LLinWood was right about you all along."* He stated that it was not in reference to @LLinWood's post about US Vice President Pence facing a firing squad. His response was 'No. One hundred present not.' He further stated that he posted the tweet after leaving Washington D.C. around 6:45 pm.

Officer Abasciano confirmed that he had been @mailboxjoe (mailbox joe) and informed investigators that he had "shut down" the account later "that night or early morning Thursday, January 7, 2021." His last confirmed tweet was on January 6, 2021, @ 10:38 p.m. He reported that he did not "reopen" the account and closed all of his social media accounts after he had been identified as @mailboxjoe (mailbox joe). He denied that he had reopened his account but learned that it had been reopened for approximately twenty minutes.

o   Relative to Police Officer Joseph Abasciano's second interview with the Boston Police Anti-Corruption Unit, Police Officer Joseph Abasciano reported that he did not recall posting the tweet from @mailboxjoe (mailbox joe) to @GabrielSterling (Gabriel Sterling) that had been posted at 5:53 a.m. on Wednesday, January 6, 2021: "I can't wait to see you dragged away in handcuffs." Officer Abasciano stated that he did not recall posting at 6:44 a.m. on Wednesday, January 6, 2021: "MAGA Millions Patriots here in DC. Today is a day for choosing. Today there will only two parties in America. Traitors and Patriots!" He also did not recall if he had taken the picture or copied it from another post. He also didn't think that he had left for the White House event prior to 8:00 am.

Officer Abasciano was presented the following tweet that had been posted by @mailboxjoe (mailbox joe) at 8:14 a.m. on Wednesday, January 6, 2021:

"Hey @ senatemajldr look out your window. Millions of Patriots are on your doorstep and we are watching. It is a time for choosing. Are yiu a traitor or are you a patriot."

Officer Abasciano was asked if he had been at the U.S. Capitol during the time the tweet had been posted. He advised investigators he was certain he had not been "anywhere near" the U.S. Capitol when the tweet had been posted. He could not recall if they had been in the U.S. Secret Service security checkpoint line or at the hotel but did recall not being at the U.S. Capitol during the time in question.

Investigators asked Officer Abasciano if he had possessed any department-issued equipment while in Washington D.C. Officer Abasciano stated that he had not possessed any depart issued equipment. When asked if Officer Jose M. Diaz had possessed any

department-issued equipment, Officer Abasciano stated that he did not observe any
department-issued equipment in the possession of Officer Diaz.
Officer Abasciano was asked if he had posted any tweets while he had been at the
Ellipse. He informed investigators he believed he had tweeted the "picture" they had just
referenced during the interview. Officer Abasciano also stated, "If you tell me there were
one or two more tweets in there, I'd believe it." He was then shown another tweet.

Officer Abasciano was presented the following tweet which was posted at about 12:40
p.m. by @mailboxjoe (mailbox joe) on Wednesday, January 6, 2021:

"Everything that happens going forward @ VP is now on your conscience."

When asked if he recalled having posted the tweet, Officer Abasciano stated, I don't
recall putting it out there, but again… I'm not gonna deny." He further advised
investigators, because it had been four months since the date of the post, he could not
recall having made the post. Investigators later asked if he recalled where he had been
when the tweet had been posted. Officer Abasciano advised investigators he could not
recall, but believed he would have still been at President Trump's speech during that
time.

Officer Abasciano informed investigators he had deleted his Twitter account and all other
social media accounts. Since having closed his social media accounts, his Twitter account
had been "hacked" more than once. He further stated, "apparently the media and
everyone else has had a chance to look at my tweets that I haven't.".

Investigators presented Officer Abasciano with photographs of the U.S. Capitol. After
having examined the photographs, Officer Abasciano was unable to determine their exact
location. He was also unable to estimate the exact distance he and Officer Diaz had been
standing from the entrance to the U.S. Capitol. Officer Abasciano then advised
investigators he preferred not to guess at any of the answers because he believed the
investigation had been driven by "politics". As such, he believed a mistaken answer
might be perceived as untruthfulness and could possibly be used against him.

Investigators asked Officer Abasciano what he had meant by "agitators" during his first
interview. Officer Abasciano stated he had observed a group of people engaged in a "tug
of war" with an unseen group. He assumed the unseen group had been police officers.
When asked if he recalled having observed anyone "breaking into" the U.S. Capitol,
Officer Abasciano informed investigators he had observed a person "smash a window",
but did not know if the person had been able to enter the U.S. Capitol. He also confirmed
he had observed some individuals who had attempted to climb the U.S. Capitol wall.
Officer Abasciano recalled police officers, who had been present, had taken no action to
stop the individuals as they attempted to climb the wall.

Officer Abasciano was asked if he recalled, during his first interview, having stated he
and Officer Diaz had remained at the U.S. Capitol for twenty to forty minutes. He

advised investigators he did not want to contradict his previous statement and believed when he had mentioned it, it had been his "best guesstimate".

Investigators asked Officer Abasciano if he recalled who had paid for the rental car parking fee on the date in question. Officer Abasciano stated he believed he had paid. When asked if he had checked the bill to obtain the date and time, Officer Abasciano informed investigators his wife had checked. She stated the bill had shown when the charge had been posted and not when it had taken place.

Officer Abasciano was presented with the following tweet that had been posted by @mailboxjoe (mailbox joe) at 5:22 p.m. on Wednesday, January 6, 2021:

"What I saw in today frankly made me weep for our once-great nation. The Political Elitist Class has successfully turned Americans against each other. Patriots v Law Enforcement trying to do their jobs in a no-win position. I fear this Treasonous election has killed the republic."

When asked if he recalled where he had been when the tweet had been posted, Officer Abasciano informed investigators, "Going back four months, my best recollection, I didn't tweet until we were already on the road." Officer Abasciano also stated he was "guessing", but believed the tweet in question had been based on tweets he had read describing what he had witnessed while in Washington D.C.

Officer Abasciano stated that the "events over the last year" between law enforcement and the public had made him "fearful where we're heading". Officer Abasciano stated he feared for his safety and the safety of his family. He stated that he had been "doxed, doxed by someone from the rmv" [Doxed according to Oxford Bing Dictionary: search for and publish private or identifying information about (a particular individual) on the internet, typically with malicious intent], his house had been spray painted, and fires had been burned on his front lawn. As a result, he had been planning on moving to protect his family. Officer Abasciano was then asked about additional Twitter accounts.

Investigators asked Officer Abasciano if he knew a DePina Jojo. Officer Abasciano thought it had been a person who had followed him on Twitter. He also stated he believed it may have been a Boston Police Officer. When asked whom he believed it may have been, Officer Abasciano stated that he did not believe it would have been fair to name a person without being certain. He agreed to provide a name at a later date should he obtain the identity of DePina Jojo. Officer Abasciano informed investigators he had gotten the names DePina Jojo and B. Rosa confused. He clarified his earlier statement and advised investigators B. Rosa was the person he believed may have been a Boston Police Officer. He had no knowledge as to the identity of DePina Jojo.

Investigators reminded Officer Abasciano he had stated during his first interview he had closed his Twitter account upon his return from Washington D.C. Officer Abasciano was then asked if he had been aware his account had been opened after it had been closed. Officer Abasciano stated he "knew of one occasion". He further advised investigators his

account had been opened a second time since his first interview. Officer Abasciano also stated he was not sure if his account had been opened additional times since, but confirmed he had begun closing his social media accounts on the drive back to Boston once he had been identified as a Boston Police Officer on social media.

Investigators asked Officer Abasciano if he had attempted to log back into his account. Officer Abasciano informed investigators he had attempted to log back into his account once it had been reopened without his knowledge, but had been unsuccessful. He later stated, in order to shut down the account after it had been reopened, he granted a "tech savvy" person permission to log into his account. Officer Abasciano further stated once the unknown person had reopened his account, Twitter "geocoded" their location as Brighton. When asked if someone could have posted tweets while controlling his account, Officer Abasciano stated, "I don't know." He further stated he was not aware of any additional tweets having been posted.

Officer Abasciano was asked if he had posted the following tweet: "I hope you never sleep well again @VP your Treasonous Act lead to the murder of an innocent girl and the death of America. You are not a Godley man. I guess @LLinWood was right about you all along."

Officer Abasciano stated, "Again, …I don't want to contradict any statements I made in previous interview, but it was… Lin Wood for weeks… saying that… the Vice President wasn't going to do the right thing and I was on social media defending the Vice President for two weeks… It had nothing to do with whatever somebody else has insinuated." He later further stated, "…I never saw that, whatever that tweet was referenced. You know, where Lin Wood said firing squad. Whatever… it was." Officer Abasciano again informed investigators the tweet had been in reference to his belief that the Vice President "was going to do one thing" while Lin Wood, and others stated, "If you're trusting in the vice president, then you're trusting in the wrong person."

Officer Abasciano was presented the following @linwood (LLinWood) Tweets: "Get the firing squads ready. Pence goes first."

Officer Abasciano stated in response "…I hadn't even seen that tweet until several weeks after that… or whenever it was first referenced and tagged to me… I had no idea that line existed until… someone was trying somehow tie me into that statement." When asked if he had liked, retweeted, or commented on the tweet, Officer Abasciano stated, "No. I never seen it." Additionally, Officer Abasciano informed investigators it was his understanding @linwood (LLinWood) had never made the post, but had replied to another Twitter post. Also, he believed it had been @BRosa617 (B. Rosa) who had taken a screenshot of the post and linked it with his (Officer Abasciano) Twitter account.

o   Relative to Police Officer Joseph Abasciano's one interview with the Boston Police Internal Affairs Division, Officer Joseph Abasciano was asked for his understanding of FMLA. He informed investigators he had been aware of two types. The first had been

from Monday, October 19, 2020 "intermittent" leave authorizing him to report for duty, but use FMLA as needed to care for his wife during her high-risk pregnancy. The second FMLA had been from Monday, November 23, 2020 "continuous" leave. Officer Abasciano stated it had been for "paternity leave" after the birth of his child. When asked if "continuous" leave had meant he had been approved to continuously use FMLA from Sunday, November 15, 2020, through Thursday, January 21, 2021, Officer Abasciano agreed. Officer Abasciano stated that on Tuesday, January 5, 2021, and Wednesday, January 6, 2021, he had been excused from duty based on approved "continuous" FMLA.

Officer Abasciano was asked, based on his approved "continuous" FMLA, if he could explain how his trip to Washington D.C. on Tuesday, January 5, 2021, and Wednesday, January 6, 2021, had been related to FMLA. Officer Abasciano informed investigators he had not "necessarily" considered it related, but had been unaware of any restrictions. He also stated he had no knowledge of what he "could or couldn't do" during the dates in question. Officer Abasciano further stated that he recalled his wife and child having been "cared for" and in good health. He recalled having been in contact with his wife. He confirmed that the purpose of the trip to Washington D.C. had been to attend President Trump's speech at the White House. Officer Abasciano stated that he believed his trip to Washington D.C. on Tuesday, January 5, 2021, and Wednesday, January 6, 2021, while on FMLA had not been inappropriate due to the lack of "specific guidelines" provided by FMLA.

Officer Abasciano was presented with four tweets that had been submitted to Internal Affairs Division by complainant @BRosa617 (B. Rosa). They were as follows:

Tweet #1 posted by @BRosa617 (B. Rosa) to @bostonpolice containing a screenshot of three @mailboxjoe (mailbox joe) tweets which stated: *"@bostonpolice- just a heads up. A couple of your off duty officers were at the Capitol taking pics and here's Abasciano threatening VP and members of Congress. He and others, have now removed their social media."*

Tweet #2 was posted by @mailboxjoe (mailbox joe) stated: *"MAGA Millions Patriots here in DC. Today is a day for choosing. Today there will only two parties in America. Traitors and Patriots!"*

Tweet #3 was posted by @mailboxjoe (mailbox joe) dated 1/06/21 @ 11:14 a.m. stating: *"Hey @senatemajldr look out your window. Millions of Patriots are on your doorstep and we are watching. It is a time for choosing. Are yiu a traitor or are you a Patriot."*

Tweet #4 was posted by @mailboxjoe (mailbox joe) dated 1/06/21 @ 6:54 p.m. stating: *"I hope you never sleep well again @VP your Treasonous Act lead to the murder of an innocent girl and the death of America. You are not a Godley man. I guess @LLinWood was right about you all along."*

Officer Abasciano confirmed having viewed the following tweets:

Tweet posted by @GabrielSterling (Gabriel Sterling): *"Chatham County didn't just stop. They completed the counting of everything they have in. That includes Election Day, Advanced, & all of the absentees they had in. The last left will be the absentee by mail that came in today."*

Tweet reply by @mailboxjoe (mailbox joe) to @GabrielSterling (Gabriel Sterling) at 5:53 a.m. on Wednesday, January 6, 2021: *"I can't wait to see you dragged away in handcuffs."*

Tweet posted by @mailboxjoe (mailbox joe) at 6:44 a.m. on Wednesday, January 6, 2021: *"MAGA Millions Patriots here in DC. Today is a day for choosing. Today there will only two parties in America. Traitors and Patriots!"*

Tweet posted by @mailboxjoe (mailbox joe) at 8:14 a.m. on Wednesday, January 6, 2021: "*Hey @ senatemajldr look out your window. Millions of Patriots are on your doorstep and we are watching. It is a time for choosing. Are yiu a traitor or are you a patriot."*

Tweet posted by @mailboxjoe (mailbox joe) at 12:40 p.m. on Wednesday, January 6, 2021: *"Everything that happens going forward @ VP is now on your conscience."*

Tweet posted by @mailboxjoe (mailbox joe) at 5:22 p.m. on Wednesday, January 6, 2021: *"What I saw in today frankly made me weep for our once great nation. The Political Elitist Class has successfully turned Americans against each other. Patriots v Law Enforcement trying to do their jobs in a no win position. I fear this Treasonous election has killed the republic."*

Tweet posted by @realDonaldTrump (Donald J. Trump): *"I hope the Democrats, and even more importantly, the weak and ineffective RINO section of the Republican Party, are looking at the thousands of people pouring into DC They won't stand for a landslide election victory to be stolen."*

Tweet reply by @mailboxjoe (mailbox joe) to @realDonaldTrump (Donald J. Trump) at 5:27 p.m. on Tuesday, January 5, 2021: *"Thousand? With Respect Mr. President I am here and it is going to be Millions by tomorrow."*

Tweet posted by @TomCottonAR (Tom Cotton) on Monday, June 1, 2020: *"Anarchy, rioting, and looting needs to end tonight. If local law enforcement is overwhelmed and needs backup, let's see how tough these Antifa terrorists are when they're facing off with the 101st Airborne Division. We need to have zero tolerance for this destruction."*

Tweet reply by @mailboxjoe (mailbox joe) to @TomCottonAR (Tom Cotton) at 4:16 p.m. on Monday, June 1, 2020: *"Just need to adjust the ROEs for local LEOs."*

Screenshot of CNN broadcast containing tweet by @linwood (LLinWood): *"Get the firing squads ready. Pence goes first."*

Officer Abasciano confirmed again that he had been the account holder for @mailboxjoe (mailbox joe) and had deactivated his Twitter account sometime after having left the U.S. Capitol. Officer Abasciano stated that he had been made aware of his account having been reactivated "multiple times" during his interviews with the Boston Police Anti-Corruption Division. He stated that he had been limited in his technical knowledge on the matter and believed someone had reactivated his account sometime after he had deactivated the account and his tweets had become visible to the public. Once he learned this, he stated that he attempted to log into his account but was unsuccessful. He reported that he had not witnessed any new tweets. He stated that he had no knowledge of the person who had accessed his account.

Investigators then asked Officer Abasciano, in order to confirm his statements about his Twitter account, if he would be willing to voluntarily provide his archived Twitter information. Officer Abasciano stated, "I just don't want that thing ever coming live again."

It should be noted that Officer Abasciano no longer possessed the cellphone which had been used on his Tweeter postings. He reported that he had a new phone.

- Police Officer Jose M. Diaz

o  Relative to Boston Police Officer Jose M. Diaz's first interview with the Boston Police Anti-Corruption Unit, he reported that he and Officer Abasciano walked towards the U.S. Capitol. Officer Diaz informed investigators he recalled "thousands. Maybe more". When asked how close he and Officer Abasciano had gotten to the U.S. Capitol, Officer Diaz replied, "We got to some grass and some trees." Investigators further asked if they had been on "stairs" or had entered "the building". Officer Diaz confirmed they had not been on the U.S Capitol's stairs and had not entered the U.S Capitol.

Officer Diaz informed investigators exiting the Ellipse had been a "slow process" that had taken "several minutes. Maybe even a half an hour". After exiting the Ellipse, they proceeded towards the U.S Capitol. He recalled walking past the "Smithsonian" and later having stopped to use a restroom. They had continued their walk until they had arrived at the "Capitol grounds". When asked how much time had elapsed from the end of President Trump's speech to when they had arrived at the U.S Capitol, Officer Diaz stated, "I'd say close to an hour. Give or take a few minutes." Investigators further asked, "So it was definitely after three o'clock?" Officer Diaz replied, "I'd say so." Investigators then asked Officer Diaz if he recalled how long he and Officer Abasciano had remained in the U.S Capitol area.

Officer Diaz had advised investigators he could not recall the exact amount of time, but had recalled there had still been "daylight" when they had walked back to their rental car. When asked if he recalled any time restrictions for the area, Officer Diaz said he recalled having heard of a 6:00 p.m. curfew, but stated he and Officer Abasciano had returned to the rental car before the curfew. He further informed investigators he vaguely recalled not having to pay an additional 24-hour parking fee for their rental car. Officer Diaz believed 6:00 p.m. had been the scheduled end time for the first 24-hour parking period. Investigators then asked Officer Diaz if he had paid for one 24-hour parking period at which time Officer Diaz replied, "I think so. I don't remember specifically. I just remember thinking that in my head, oh good, we're only paying for one day instead of two." He also informed investigators he and Officer Abasciano had then driven back to Boston at this time.

As investigators summarized Officer Diaz's timeline, he had been asked if he recalled the amount of time he and Officer Abasciano had spent in the area of the U.S Capitol. Officer Diaz replied, "If it was an hour, I'd say that's… pushing it." When asked if he recalled

the amount of time he and Officer Abasciano had taken to walk from the U.S. Capitol back to their hotel, Officer Diaz stated, "That definitely took more than an hour." Officer Diaz advised investigators their walk back to their hotel had been redirected based on pedestrian barriers that had been placed along their return route. Investigators then asked Officer Diaz about the U.S. Capitol violence.

Officer Diaz was asked if he had taken part in the U.S Capitol violence. He replied, "No. Not at all." He also stated he had not observed any other Boston Police Officers or Boston Police Employees, other than Officer Abasciano, while in Washington D.C. When asked if he had taken any department-issued equipment to Washington D.C, Officer Diaz said, "No. I didn't bring any department equipment." Investigators then asked Officer Diaz what had influenced their time of departure.

Officer Diaz informed investigators he "had that six o'clock thing" on his mind and had also been mindful of the long drive back to Boston. He further stated, "From where we were standing, we could see what looked like a group of people trying to get into the building and that wasn't what we were there for. And obviously, I couldn't do anything about it from where I was standing so... We just decided it's time to leave." When asked, since his return from Washington D.C, if he had been made aware of any other Boston Police Officers having been present on the date in question, Officer Diaz again advised investigators he had no knowledge of any other officers having been present. He stated that he did not have a Twitter account nor any other social media postings and learned about the US Capital violence on the drive back from Washington D.C.

o   Relative to Police Officer Jose M. Diaz's second interview with the Boston Police Anti-Corruption Unit, Officer Diaz recalled that there had been limited cell phone reception during the walk. He had not been sure if the limited reception had been attributed to the large group in the area or federal authorities had used cell phone "jammers for homeland security reasons". He stated that he recalled not having checked his social media accounts. He further stated that he never got to the "actual building of the US Capital and had been "between fifty to a hundred yards from the building itself... Maybe more." In regards to the violence, Officer Diaz stated that he recalled a group who had attempted to "push their way" into an area he had described as an "archway". Based on his observations, Officer Diaz stated he had assumed police officers had been on the opposite side preventing the group's entry. Officer Diaz further stated the group's actions, as well as being cognizant of the long drive back to Boston, had influenced his decision to leave the U.S. Capitol. Officer Diaz also reported that he recalled having observed what appeared to have been previously damaged windows and had observed an individual who had been armed with a stick or a hammer hitting another window. He stated that the unknown individual had been eventually "pulled down by the people that were surrounding him." He stated that he had not witnessed anyone enter the U.S. Capitol. He did recall someone "later on" stating there had been a shooting possibly mentioned by Officer Abasciano. He reported that he nor Officer Abasciano did not take part in any violence. Officer Diaz could not recall how long he had remained at the U.S. Capitol. He recalled returning to the rental car before the curfew.

- Complainant B. Rosa - Sergeant Detective Rafael Antunez was unable to conduct a complainant interview due to the @BRosa617 (B. Rosa) Twitter account having been deactivated. Sergeant Detective Rafael Antunez was also unable to determine the Twitter account holder's true identity. The two Boston Police Officers referenced in the @BRosa617 tweet were found to have been Boston Police Officer Joseph M. Abasciano (ACD Case #21-007) and Boston Police Officer Jose M. Diaz (ACD Case #21-011).

- According to the Boston Police Anti-Corruption Division reports, the Federal Bureau of Investigations (FBI) reviewed personal cell phone cellular tower locations, utilized facial recognition software, and personal cell phone records of Police Officer Joseph Abasciano and Police Officer Jose Diaz. The FBI's investigation did not reveal any evidence showing either officer had been present during the U.S. Capitol violence on Wednesday, January 6, 2021.

- Boston Police Anti-Corruption Division reported the following findings:

o According to Boston Police Anti-Corruption Division reports, Lt. Det. Michael Connolly requested Officer Abasciano's and Officer Diaz's department cell phone records from the Boston Police Telecommunications Unit. The records revealed Officer Abasciano's department cellphone had no usage during the dates in question. The records also revealed Officer Diaz's department cellphone had used "some megabyte data" during the dates in question, but no other usage. It was later discovered that the megabyte data usage pertained to automatic app updates.

o There is no evidence that PO Abasciano or PO Diaz were involved in the January 6, 2021 disturbances at the U.S. Capitol.

o The investigation revealed no evidence that PO Abasciano posted inappropriate comments on his Twitter account name "@mailboxjoe" toward a LLinWood tweet about "Get the firing squads ready. Pence goes FIRST". PO Abasciano acknowledged that he did post the tweet "@LLinWood was right about you all along". Officer Abasciano replied it had nothing to do with what someone tried to insinuate. The investigators reviewed the two tweets and it was determined that tweets were from two screenshots from two separate posts. There was no evidence that PO Abasciano was referring to the LLinWood Tweet."

o It should be noted that PO Abasciano reported that he shut down his Twitter Account when he returned from Washington D.C. Officer Abasciano reported he did not re-open his account once he closed it.

o To date, there has been nothing released that would indicate any wrong doings. It is reasonable to infer that if individuals had images or tweets to release those images would have made their way to some social media platform by this date.

- Lieutenant Detective Thomas W. Lema, Jr. reports that no further information such as other tweets or images have been forwarded to assist in this investigation. All attempts to locate additional sources of information have been futile.

- Boston Police Sergeant Detective Rafael Antunez, IAD, reported the following findings:

o Sergeant Detective Rafael Antunez, IAD, conducted an online search for the status of the following Twitter Accounts and concluded:

> @BRosa617: "This account doesn't exist"
> @mailboxjoe: "This account doesn't exist"
> @LLinWood: "Account suspended"

o Sergeant Detective Rafael Antunez, IAD, was unable to obtain @BRosa617's identity and could not conduct a complainant audio-recorded interview.

o As reported by Sergeant Detective Rafael Antunez, there were no Twitter threats attributed to the @mailboxjoe (mailbox Joe) account.

o A Boston Police Department FMLA approval letter (dated November 23, 2020) stated Officer Abasciano had been approved for "continuous leave" from November 15, 2020, through January 21, 2021. The letter did not provide any specific medical leave instructions, guidelines, or restrictions.

o Because the Boston Police Internal Affairs Division conducts administrative investigations and does not have the authority to obtain subpoenas or court orders, Sergeant Detective Antunez attempted to contact Twitter for voluntary assistance. On Monday, May 24, 2021, Internal Affairs Division investigator was able to obtain a Twitter Law Enforcement email for non-legal requests (Lawenforcement@twitter.com). On Wednesday, May 26, 2021, Internal Affairs Division investigator emailed Twitter a request for assistance in obtaining Officer Abasciano's archived Twitter account information. Investigator immediately received an auto-reply email from Twitter that stated, *"Please note that this channel has been deprecated. All legal requests should be submitted via Twitter's Legal Request Submission site."*

- A review of both Boston Police Anti-Corruption Division case files revealed the Boston Police Department BRIC (Boston Regional Intelligence Center) had provided the Anti-Corruption Division with @mailbox joe (mailbox joe) account information to include 36 pages of miniaturized screenshots of tweets and retweets from Saturday, December 26, 2020, @ 3:46 p.m. through Wednesday, January 6, 2021, @ 10:38 p.m.
A review of the 36 pages of miniaturized screenshots from the Twitter account @mailbox joe (mailbox joe) revealed the last Twitter post had been a retweet at 10:38 p.m. on Wednesday, January 6, 2021. The following Internal Affairs Division and Anti-Corruption Division of the tweets and retweets were found in the 36 pages of the miniaturized screenshots:

*"What I saw in today frankly made me weep for our once great nation. The Political Elitist Class has successfully turned Americans against each other. Patriots v Law Enforcement trying to do their jobs in a no win position. I fear this Treasonous election has killed the republic."* (Wednesday, January 6, 2021, @ 5:22 p.m. EST)

*"I hope you never sleep well again @VP your Treasonous Act lead to the murder of an innocent girl and the death of America. You are not a Godley man. I guess @LLinWood was right about you all along."* (Wednesday, January 6, 2021, @ 3:54 p.m. EST)

*"Everything that happens going forward @ VP is now on your conscience."* (Wednesday, January 6, 2021, @ 12:40 p.m. EST)

*"Hey @ senatemajldr look out your window. Millions of Patriots are on your doorstep and we are watching. It is a time for choosing. Are you a traitor or are you a patriot."* (Wednesday, January 6, 2021, @ 8:14 a.m. EST)

*"MAGA Millions Patriots here in DC. Today is a day for choosing. Today there will only two parties in America. Traitors and Patriots!"* (Wednesday, January 6, 2021, @ 6:44 a.m. EST)

*"I can't wait to see you dragged away in handcuffs."* (Wednesday, January 6, 2021, @ 5:53 a.m. EST)

*"Thousand? With Respect Mr. President I am here and it is going to be Millions by tomorrow."* (Tuesday, January 5, 2021, @ 5:27 a.m. EST)

It should be noted that the review of the 36 pages of miniaturized screenshots did not contain the @linwood (LLinWood) tweet: *"They let them in. Get the firing squads ready. Pence goes FIRST."*

An online search of Lin Wood revealed he had been the Twitter account holder of the tweet in question (*"They let them in. Get the firing squads ready. Pence goes FIRST.").*


**Findings/Recommendations**

I, Lieutenant Detective Thomas W. Lema, Jr., after careful review and due consideration of all the facts and evidence, therefore make the following recommendations relative to IAD complaint #IAD2021-0021.


**Police Officer Joseph M. Abasciano**                                    **ID #103590**

Relative to Police Officer Joseph Abasciano being present at the President's speech and the march to the Capitol building, Officer Abasciano stated that he was in the vicinity of the Capitol Grounds for 25 to 40 minutes. He stated that he was not sure if he was ever on the Capitol Grounds at the time of the riot. He was accompanied by Police Officer Jose M. Diaz who also stated that they got to the grass and tree line of the Capital but they were not at the Capital. He stated that they were 50 to 100 yards away from the Capital, maybe more. Both stated that they did not participate in violence. Officer Abasciano stated that when he saw a window being

broken to the Capital building, he decided that it was time to leave the area and return to his rental vehicle. There was no evidence that either of the officers had been on the Capitol grounds during the violence or had participated in any violent acts or any threatening disorderly behavior.

Relative to the tweets and social media posts, Police Officer Joseph Abasciano had written many tweets that might be considered to be rhetorical hyperbole. The Internal Affairs Division revealed no evidence that PO Abasciano posted inappropriate comments that were threatening on his Twitter account name "@mailboxjoe" nor directed towards an LLinWood tweet about "Get the firing squads ready. Pence goes FIRST." He stated that he never saw the tweet until several weeks later. Police Officer Joseph Abasciano had not identified himself as a Boston Police Officer. Officer Abasciano was not willing to voluntarily provide his archived Twitter information. Sergeant Detective Antunez emailed Twitter a request for assistance in obtaining Officer Abasciano's archived Twitter account information. He immediately received an auto-reply email from Twitter that stated, "Please note that this channel has been deprecated. All legal requests should be submitted via Twitter's Legal Request Submission site." The Boston Police <u>Internal Affairs Division conducts administrative investigations for rules' violations and does not</u> have the authority to obtain subpoenas or court orders. Officer Abasciano had also remarked that his Twitter posts had not been made public until someone had hacked into his Twitter account and he remarked that he was not able to deactivate the account. It should be noted that the Boston Police Department reviewed all of Officer Abasciano's tweets when they became public. The Boston Police Department has no social media policy.

Relative to the FMLA requirements, there are no distinctive FMLA guidelines or restrictions at the Federal and State levels of government that dictate what a person on paternity leave can and cannot do. The City of Boston Paid Parental Leave Policy (revised 3/19/2021) states that employees may be granted up to 12 weeks of compensated time off for the care of and bonding with a child added to their immediate family. There is no further information within the policy.

Boston Police Department Rule 102, Section 4, states the following: Sec. 4 NEGLECT OF DUTY: This includes <u>any conduct</u> or omission which is not in accordance with established and ordinary duties or procedures as to such employees or <u>which constitutes use of unreasonable judgment in the exercising of any discretion granted to an employee.</u>

The following are the quotes, in chronological order, tweeted by Police Officer Joseph Abasciano as they may relate to threats against the Vice President of the United States and, as a Boston Police Officer, unreasonable judgement as an employee of the Boston Police Department:

**"Thousand? With Respect Mr. President I am here and it is going to be Millions by tomorrow."**
(Tuesday, January 5, 2021, @ 5:27 a.m. EST)

**"I can't wait to see you dragged away in handcuffs."**
(Wednesday, January 6, 2021, @ 5:53 a.m. EST)

**"MAGA Millions Patriots here in DC. Today is a day for choosing. Today there will only two parties in America. Traitors and Patriots!"**

(Wednesday, January 6, 2021, @ 6:44 a.m. EST)

**"Hey @ senatemajldr look out your window. Millions of Patriots are on your doorstep and we are watching. It is a time for choosing. Are you a traitor or are you a patriot."**
(Wednesday, January 6, 2021, @ 8:14 a.m. EST)

**"Everything that happens going forward @ VP is now on your conscience."**
 (Wednesday, January 6, 2021, @ 12:40 p.m. EST)

**"I hope you never sleep well again @VP your Treasonous Act lead to the murder of an innocent girl and the death of America. You are not a Godley man. I guess @LLinWood was right about you all along."**
(Wednesday, January 6, 2021, @ 3:54 p.m. EST)

 **"What I saw in today frankly made me weep for our once great nation. The Political Elitist Class has successfully turned Americans against each other. Patriots v Law Enforcement trying to do their jobs in a no win position. I fear this Treasonous election has killed the republic."**
(Wednesday, January 6, 2021, @ 5:22 p.m. EST)

Under the Constitution of the United States, the First Amendment states that Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances. (1) It should be noted that the First Amendment protects citizens against government limits on their freedom of expression, but it doesn't prevent a private employer from setting its own rules. (2) The First Amendment can be used to push for social and political change, or to oppose change. (2)  The Supreme Court has also recognized that the government may prohibit some speech that may cause a breach of the peace or cause violence. (3) The Supreme Court has also recognized that the government may prohibit some speech that may cause a breach of the peace or cause violence. (4) In Brandenburg v. Ohio, 395 U.S. 444 (1969), the Supreme Court held, "the constitutional guarantees of free speech and free press do not permit a State to forbid or proscribe advocacy of the use of force or of law violation except where such advocacy is directed to inciting or producing imminent lawless action and is likely to incite or produce such action."  Brandenburg's language about "imminent lawless action" produced the "Brandenburg Test,"  which requires that in order to punish the speaker, the speech is: 1 - directed to inciting or producing imminent lawless action, and 2 - likely to incite or produce such action. (5)
As reported above, the police department does not have a social media policy for employees, on-duty or off-duty and as such these tweets did not violate any social media policy.

The rules of a Twitter account are as follows:
Public Tweets (the default setting): Are visible to anyone, whether or not they have a Twitter account. Protected Tweets: Only visible to your Twitter followers. Please keep in mind, your followers may still capture images of your Tweets and share them. Note: If you have authorized a third-party application to access your account, that third-party application may be able to see your protected Tweets. Keep in mind that when you choose to share content on Twitter with others, this content may be downloaded or shared. You'll receive a request when new people want to follow you, which you can approve or deny. Your Tweets, including permanent links to your Tweets, will only be visible to your followers. Your followers will not be able to use the Retweet icon  to Retweet or Retweet with comment. Protected Tweets will not appear in third-

party search engines (like Google search). Your protected Tweets will only be searchable on Twitter by you and your followers. Replies you send to an account that isn't following you will not be seen by that account (because only your followers will see your Tweets). As again mentioned from above, Officer Abasciano had also remarked that his Twitter posts had not been made public until someone had hacked into his Twitter account and he remarked that he was not able to deactivate the account. The Boston Police Department has no social media policy.

Police Officer Joseph Abasciano posted the tweets above as a private citizen. These tweets which might be categorized as political rhetoric hyperbole could be considered offensive by some but these rules did not rise to the level of criminality  nor call into question his ability or judgment to act as a police officer and would not be considered a violation of BPD rules and regulations.

After careful review and due consideration of all the facts and evidence, I am unable to prove or disprove that the allegation of violating BPD Rule 102, Section 4 – Neglect of Duty/Unreasonable Judgment occurred. While out on City of Boston paternity leave as an employee of the Boston Police Department, Officer Abasciano, within an approximate 24-hour period, drove down to Washington DC, participated in a rally for the President, marched to the perimeter of the Capital and drove back to Massachusetts. His tweets, prior to the events of the day, were not deemed as inappropriate. I, Lieutenant Detective Thomas W. Lema, Jr., after a thorough review of the evidence relative to Officer Abasciano's Twitter account and his personal tweets, did not find any evidence in which Officer Abasciano was in violation of any BPD rules. Therefore, I respectfully recommend that this allegation be classified as Not Sustained.

**BPD Rule 102, Section 4 – Neglect of Duty/Unreasonable Judgment**          **Not Sustained**


Respectfully submitted,


_____
Lieutenant Detective Thomas W. Lema, Jr.
Internal Affairs Division, BPS

Contents noted and Approved,


_____          _____
Deputy Superintendent Eddy Chrispin
Assistant Bureau Chief, BPS


Contents Noted and Approved,


_____          _____
Superintendent Sharon Dottin
Chief, Bureau of Professional Standards

## END NOTES

1) U.S. Constitution - First Amendment | Library of Congress
   https://constitution.congress.gov/constitution/amendment-1/
2) The Free Speech Center First Amendment news and insights from MTSU (Middle Tennessee State University)
   https://www.mtsu.edu/first-amendment/page/things-you-need
3) Cornell Laws School – Legal Information Institute
   https://www.law.cornell.edu/wex/first_amendment
4) Cornell Laws School – Legal Information Institute
   (https://www.law.cornell.edu/wex/first_amendment)
5) Cornell Laws School – Legal Information Institute
   https://www.law.cornell.edu/wex/advocacy_of_illegal_action