# EXHIBIT D

**COMMONWEALTH OF MASSACHUSETTS**
**CIVIL SERVICE COMMISSION**

| | |
|---|---|
| ABASCIANO, JOSEPH,<br>　　　　Appellant,<br><br>　　　　v.<br><br>BOSTON POLICE DEPARTMENT,<br>　　　　Respondent | Case No:　　D1-23-033<br><br>NOTICE OF PRE-HEARING<br>CONFERENCE |

DATE:　　　May 23, 2023
TIME:　　　8:30 AM
LOCATION:　Via videoconference

## APPELLANT'S PRE-HEARING MEMORANDUM

Appellant Joseph Abasicano, by and through the undersigned counsel, hereby submits his pre-hearing memorandum in this matter.

A. Appellant's contentions:

1. **The Boston Police Department did not have "just cause" to terminate Appellant;**
2. **The decision-makers at the Boston Police Department were biased against Appellant due to his political affiliation to the Republican party and because of his political activities running for office as a Republican and, therefore, the termination was politically-motivated and, therefore, unlawful; and**
3. **The termination is unlawful because the conduct for which Patrolman Abasciano was terminated is protected by the First Amendment to the United States Constitution.**

B. Appellant's witnesses:

1. **Joseph Abasciano**
2. **Commissioner Michael Cox**
3. **Deputy Superintendent Sharon Dottin**
4. **Deputy Phil Owens**
5. **Deputy Eddie Chrispin**
6. **Sgt. Detective Rafael Antunez**
7. **Captain Sean Martin**
8. **Lt. Detective Daly (retired)**
9. **Lt. Detective Lema (retired)**
10. **Patrolman Jose Diaz**
11. **Lou Manderini**

Proposed Exhibits:

1. Tasks for Citizens Complaint IAD 2021-0021 (activity log for IAD complaint against Officer Abasciano)
2. November 23, 2020 letter to Officer Abasciano (approving continuous FMLA leave)
3. CNBC News Article (identifying legal issues with the 2020 Presidential election)
4. Litigation in the 2020 Election Article (identifying legal issues with the 2020 Presidential election)
5. Rule 102 (Police Officer Code of Conduct)
6. Mass Gen. Laws c. 6E, § 10
7. Screenshots of text messages from Deputy Superintendent Owens to Lou Manderini
8. News Article I (Trial Board Exhibit)
9. News Article II (Trial Board Exhibit)
10. City of Boston Human Resources Medical Leave Policy
11. Family Medical Leave Act Sample Policy
12. Ulysses S. Grant Quote
13. Tweets Officer Abasciano "liked" Denouncing Violence on January 6, 2021
14. Transcripts from Trial Board Day 1
15. Transcripts from Trial Board Day 2
16. Proposed Findings and Conclusions Day 1 hearing
17. Body Cam Video (showing Boston Police Officers taking knee in support of rioters)
18. Transcripts Officer Abasciano interview ACD 1
19. Transcripts Officer Abasciano interview ACD 2
20. Transcripts Officer Abasciano interview IAD
21. Transcripts Officer Diaz interview ACD 1
22. Transcripts Officer Diaz interview ACD 2
23. Commissioner Michael Cox March 13, 2023 Termination Letter
24. Lieutenant Daly's ACD Closeout Report
25. Lieutenant Connolly ACD Closeout Report
26. Sergeant Antunez IAD Report
27. Lieutenant Detective Lema IAD Findings Report
28. Boston Police and City Employees Social Media Posts (showing disparate treatment)
29. Ann Arbor Chief Michael Cox Paid Leave Report
30. Ann Arbor Chief Michael Cox News Report(s)
31. Mayor Wu interview with Jim Braude
32. Internal Affairs email showing Officer Abasciano's IAD case 2021-0021 "completed" in August of 2021.

33. 2020 Ward 20 Republican Election Results
34. Press Release Announcing Joe Abasciano as The Mass GOP Chair for Law Enforcement and Families
35. NH Strafford County GOP Election Results 2022
36. Officer Abasciano's Service Record, Citations and Awards
37. Video of Officer Abasciano receiving his termination letter by internal affairs officers
38. Quotes made by Mayor Wu to the press about Patrolman Abasciano
39. Quotes made by City Councilors about Patrolman Abasciano
40. Email exchanges between Deputy Owens and City Hall HR personnel
41. *Commonwealth v. Edward Long* (holding that two Boston Police Officers acted in a biased manner against minorities)
42. *Commonwealth v. Evelyn*, SJC No. 12808 (2020) (holding that Office Abasciano did not act in a biased manner towards minorities)
43. BPD Rule 109 (Police Officer Code of Conduct)
44. BPD Rule 112 (Police Officer Code of Conduct)
45. Joseph Abasciano's Amendment to MCAD Compl. to add retaliation claim

***Appellant reserves the right to submit additional evidence at the hearing.

C. Acceptable Dates for Hearing:

**No earlier than September 1, 2023**

        Respectfully submitted,
        Appellant

        JOSEPH ABASCIANO,
        By His Attorney,
        /s/Mark P. Gagliardi
        Mark P. Gagliardi (BBO# 657622)
        mark@markgagliardilaw.net

        LAW OFFICE OF MARK P. GAGLIARDI
        56 Pine St., Suite 200
        Providence, RI 02903
        (401) 277-2030 (office)
        (401) 487-6666 (cell)
        (401) 274-2780 (fax)

Dated: May 22, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on the **22**nd day of May, 2023, I served this document on the following:

Christopher C. Bowman
Civil Service Commission
100 Cambridge Street, Suite 200
christopher.bowman@mass.gov

Medes J. Diaz
Civil Service Commission
100 Cambridge Street, Suite 200
medes.diaz@mass.gov

Joseph McClellan
joseph.mcclellan@pd.boston.gov


                                              /s/Mark P. Gagliardi
                                              Mark P. Gagliardi