```
                                              Volume: II
                                              Pages: 1-141
                                              Exhibits:
```

COMMONWEALTH OF MASSACHUSETTS

```
SUFFOLK, ss.                                CITY OF BOSTON
                                         BYPASS APPEAL HEARING


JOSEPH ABASCIANO                 )
         Appellant,              )
                                 )
vs.                              )   Case No. D1-23-303
                                 )
BOSTON POLICE DEPARTMENT,        )
         Respondent.             )
                                 )
```

**CIVIL SERVICE COMMISSION APPEAL HEARING**

```
Before:       Commissioner Paul Stein

Held at:      100 Cambridge Street
              Boston, Massachusetts 02114

Taken on:     August 16, 2023
```

**A P P E A R A N C E S**

Mark Gagliardi, Esquire
201 Wayland Avenue
Suite 8
Providence, RI 02906

REPRESENTING:   Joseph Abasciano


William Gens, Esquire
Gens & Stanton, PC
12 Ericsson Street
Boston, MA 02122

REPRESENTING:   Joseph Abasciano


Joseph McClellan, Esquire
Jess McGee, Esquire
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA 02108
(617) 343-4550

REPRESENTING:   The Boston Police Department

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| SERGEANT ANTUNEZ | | | | |
| (By Mr. McClellan) | 39 | | 84 | |
| (By Mr. Gagliardi) | | 55 | | |
| SUPERINTENDENT DOTTIN | | | | |
| (By Mr. McClellan) | 100 | | | |
| (By Mr. Gagliardi) | | 123 | | |

1       this time?

2           MR. GAGLIARDI: Yes, Commissioner. Mark

3       Gagliardi on behalf of the Appellant, Joseph

4       Abasciano. The Boston Police Department did

5       not fire Joe Abasciano for violating any

6       department rules on January 6, 2020. They

7       fired him for one or all of the following

8       reasons, one, because he expressed opinions

9       as a private citizen on a matter of public

10      concern, specifically that there was election

11      fraud in the 2020 Presidential Election; two,

12      because he went to a Donald Trump rally; or

13      three, because he accused his employer of

14      legal retaliation.

15          Each of these reasons standing alone is

16      illegal and could never form the basis for a

17      just cause termination within the meaning of

18      Massachusetts law, or anywhere else for that

19      matter.

20          Here, the Boston Police Department fired

21      Officer Abasciano for sending six tweets on

22      January 6, 2020; however, all of the comments

23      Officer Abasciano made in these tweets are

24      content based speech that are absolutely

28

1 unequivocally 100 percent protected by the
2 First Amendment to the United States
3 Constitution.
4     No matter how hard the Boston Police
5 Department tries to insert a square peg into
6 a round hole by transforming them into a
7 rules violation to serve the political agenda
8 of the folks running the department or to
9 serve as a reelection platform for Boston
10 Mayor Michelle Wu, whose pre-election promise
11 was to fire any city employee who attended
12 the Capitol Riot on January 6, 2021, as the
13 evidence will show Officer Abasciano's speech
14 caused no adverse impact on the functioning
15 of the Boston Police Department that would
16 outweigh his right to free speech, thereby
17 permitting his employer to fire him under the
18 United States Supreme Court ruling in
19 Pickering v Board of Education.
20     Thankfully the Civil Service Commission
21 was created to guard against such political
22 considerations and biased and governmental
23 employment decisions.  Now, even if the
24 Commission does not find that Officer

1              should be on Page A406.
2    A.   Can we turn the page?  I'm just looking here on
3         top.  I apologize.
4    Q.   I just want to make sure that (inaudible.)  Just
5         one quick question before we talk about it.  The
6         Boston Police at this point in time did not have
7         a social media policy?
8    A.   Correct.
9    Q.   Has there been one instituted since then?
10   A.   No, not yet.
11   Q.   Section 30 governs political activity, does it
12        not?
13   A.   I think it does.
14   Q.   Was Officer Abasciano's speech a political
15        speech?
16   A.   It was a political speech.
17   Q.   It was a political speech?
18   A.   It was like pretty much at the election.
19   Q    So we can agree it was a political speech, and
20        Section 30 opines that employees shall be
21        permitted to express opinions as part of their
22        duties, some political issues, is it not?
23   A.   Yes.
24   Q.   So I'm going to ask you what rule of speech of

151

|   |    |                                                           |
|---|----|-----------------------------------------------------------|
| 1 |    | the Boston Police Department did Officer                  |
| 2 |    | Abasciano's tweet spotlight?                              |
| 3 | A. | I'm sorry, I don't understand the question.               |
| 4 | Q. | Well, you have written rules, right?                      |
| 5 | A. | Yes.                                                      |
| 6 | Q. | And maybe you have unwritten rules.  I'm allowing         |
| 7 |    | for that, too.  What rule of speech did Officer           |
| 8 |    | Abasciano's tweets violate, just before we get to         |
| 9 |    | whether it's conduct unbecoming or unreasonable           |
| 10|    | judgment, I want to know what speech rules it             |
| 11|    | transgressed if you can tell me.                          |
| 12|    | MR. McCLELLAN:  Can we object just                        |
| 13|    | to get some clarity on what counsel means by              |
| 14|    | "speech rules"?                                           |
| 15|    | THE COMMISSION:  Sustained on that                        |
| 16|    | point.                                                    |
| 17| Q. | Well, we have agreed that this is political               |
| 18|    | speech?                                                   |
| 19| A. | Yes.                                                      |
| 20| Q. | And that Rule 30 allows police officers to                |
| 21|    | express their political -- their views on                 |
| 22|    | political issues?                                         |
| 23| A. | Yes, a political (inaudible) election                     |
| 24|    | (inaudible.)                                              |