```
                                                Volume: II
                                               Pages: 1-136
```

COMMONWEALTH OF MASSACHUSETTS

```
SUFFOLK, ss.                              CITY OF BOSTON
                                      BYPASS APPEAL HEARING
```

```
_____
JOSEPH ABASCIANO              )
          Appellant,          )
                              )
vs.                           )  Case No. D1-23-033
                              )
BOSTON POLICE DEPARTMENT,     )
          Respondent.         )
_____  )
```

**CIVIL SERVICE COMMISSION APPEAL HEARING**

```
Before:       Commissioner Paul Stein

Held at:      100 Cambridge Street
              Boston, Massachusetts 02114

Taken on:     August 23, 2023

Taken by:     Linda Lee, CVR~M
```

**A P P E A R A N C E S**

Mark Gagliardi, Esquire
201 Wayland Avenue
Suite 8
Providence, RI 02906

REPRESENTING:   Joseph Abasciano


William Gens, Esquire
Gens & Stanton, PC
12 Ericsson Street
Boston, MA 02122

REPRESENTING:   Joseph Abasciano


David Fredette, Esquire
Joseph McClellan, Esquire
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA 02108
(617) 343-4550

REPRESENTING:   The Boston Police Department

3

<u>I N D E X</u>

| <u>WITNESS</u> | <u>DIRECT</u> | <u>CROSS</u> | <u>REDIRECT</u> | <u>RECROSS</u> |

SUPERINTENDENT OWENS

(By Mr. Fredette)     5

1    A.   Yes.
2    Q.   And so, again, calling somebody a patriot or
3         using the term patriot, is that a rules
4         violation, Superintendent Owens?
5    A.   No, sir
6    Q.   But is it when you're now saying that if you're
7         not a patriot you're a traitor to this country,
8         is that a problem for the Boston Police
9         Department?
10   A.   That's definitely a problem.
11   Q.   Does that affect the ability and the efficiency
12        of the Boston Police to deliver services to the
13        men and women of the Boston Police?
14   A.   Yes.
15   Q.   I want to go to the next one, Respondent 0021.
16        "Everything that happens going forward @V.P. is
17        now on your conscience."  And then there were
18        #1776 again, #March for Trump, #We the People.
19        Let's take those -- let's break that down.
20        #March for Trump, was there a problem with that?
21   A.   No.
22   Q.   He has a right to say that, doesn't he?
23   A.   Mm-hmm.
24   Q.   Officer Abasciano, Joe Abasciano, that's not a

107

1  Q. And we would all agree that Officer Abasciano has
2     no duty to denounce what they did?
3  A. Yes.
4  Q. Right, none of us have a duty to denounce what
5     they did, but he put in writing and called them
6     patriots.
7  A. Yes.
8  Q. And he referred to himself as a patriot?
9  A. That's correct.
10 Q. Does that affect the ability of the Boston Police
11    Department to deliver efficient services to the
12    men and women of the City of Boston?
13 A. Absolutely it does.
14 Q. Does that reflect poorly on the Boston Police
15    Department?
16 A. Yes, it does.
17 Q. Under Rule 113?
18 A. Yes, it does.
19 Q. Does that violate 102, Section 3, conduct?
20 A. Yes, it does.
21 Q. When you were reviewing Officer Abasciano's file
22    and eventually wrote the non-concurrence letter,
23    were you aware that Officer Abasciano had an MCAD
24    filed against the Department?