```
                                                  Volume: II
                                                 Pages: 1-141
                                                   Exhibits:


                 COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                   CITY OF BOSTON
                                          BYPASS APPEAL HEARING


_____
JOSEPH ABASCIANO                   )
            Appellant,             )
                                   )
vs.                                )   Case No. D1-23-303
                                   )
BOSTON POLICE DEPARTMENT,          )
            Respondent.            )
_____)
```

**CIVIL SERVICE COMMISSION APPEAL HEARING**

```
Before:       Commissioner Paul Stein

Held at:      100 Cambridge Street
              Boston, Massachusetts 02114

Taken on:     August 16, 2023
```

2

**A P P E A R A N C E S**

Mark Gagliardi, Esquire
201 Wayland Avenue
Suite 8
Providence, RI 02906

REPRESENTING:   Joseph Abasciano


William Gens, Esquire
Gens & Stanton, PC
12 Ericsson Street
Boston, MA 02122

REPRESENTING:   Joseph Abasciano


Joseph McClellan, Esquire
Jess McGee, Esquire
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA 02108
(617) 343-4550

REPRESENTING:   The Boston Police Department

3

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| SERGEANT ANTUNEZ | | | | |
| (By Mr. McClellan) | 39 | | 84 | |
| (By Mr. Gagliardi) | | 55 | | |
| SUPERINTENDENT DOTTIN | | | | |
| (By Mr. McClellan) | 100 | | | |
| (By Mr. Gagliardi) | | 123 | | |

```
 1    Q.   So after that concluded, explain what happened
 2         after that?
 3    A.   So the Anti Corruption Division investigations
 4         are private.  We don't have access to them in
 5         Internal Affairs.  So once they completed and
 6         closed out their investigation, I was physically
 7         given a copy of their case file, their entire
 8         investigation, and then at that point, I could
 9         get my review of the Anti Corruption Division's
10         investigation.
11    Q.   Walk me through every step.
12    A.   So the first thing -- I mean, as you see, it has
13         a lot to it.  There was like two very voluminous
14         files, so I basically organized and read through
15         them and tried my best to kind of organize
16         everything in a way that I was able to go and
17         systematically review to see in there was any
18         rules violations.
19    Q.   What did you do next?
20    A.   So as a result of that, I also conducted my own
21         interview with Officer Abasciano, and at the end
22         of that -- at that time the Internal Affairs
23         sergeant detectives were not tasked with
24         providing a recommendation.  We were tasked with
```

46

|    |    |    |
|----|----|----|
| 1  |    | just collecting all the information, drafting the |
| 2  |    | report and submitting to that to our immediate |
| 3  |    | supervisor, who would then review everything for |
| 4  |    | a recommendation. |
| 5  | Q. | So I'd like to -- so what did you do as the fact |
| 6  |    | finder? |
| 7  | A. | So I gathered police reports, different articles, |
| 8  |    | all the exhibits, and I submitted it in my |
| 9  |    | investigation, such as all the newspaper |
| 10 |    | articles, the tweets -- the different tweets that |
| 11 |    | were allegedly made by Officer Abasciano.  I also |
| 12 |    | found the Anti Corruption Division case files, a |
| 13 |    | copy of all his Twitter tweets, and I organized |
| 14 |    | all of those. |
| 15 | Q. | So I'd like you to turn back now, and if you |
| 16 |    | could flip through Exhibit 5 and Exhibit 10, and |
| 17 |    | that's R0014 to R0024.  If you could just look |
| 18 |    | through that really quickly. |
| 19 | A. | Sure. |
| 20 | Q. | Could you explain what that is? |
| 21 | A. | Those appear to be copies of the tweets that I |
| 22 |    | was provided throughout the course of my |
| 23 |    | investigation that were linked to the @Mailbox |
| 24 |    | Joe Twitter account. |

|    |    |                                                              |
|----|----|--------------------------------------------------------------|
| 1  |    | deputy could either send it to myself or send it             |
| 2  |    | to a superintendent or send it back to the                   |
| 3  |    | investigator for further review.                             |
| 4  | Q. | And then once it arrives at, I guess, the                    |
| 5  |    | deputy's desk, what's the process then?                      |
| 6  | A. | So the deputy will review it for -- you know,                |
| 7  |    | he'll review the case, and he can determine based            |
| 8  |    | on everything that he's seeing whether it needs              |
| 9  |    | to go back for further investigation or it might             |
| 10 |    | be sent to myself.                                           |
| 11 | Q. | And then what happens when it goes to you?                   |
| 12 | A. | So when it comes to me, it's under the same                  |
| 13 |    | review.  I review it.  If I agree with it, then I            |
| 14 |    | just move it onto legal.  If I don't agree with              |
| 15 |    | it, I will -- depending, I would either go back              |
| 16 |    | to the deputy about it if he's available or the              |
| 17 |    | lieutenant for further review or questions.                  |
| 18 | Q. | Anyone along that chain, I guess, starting from              |
| 19 |    | the lieutenant has the power to like order it                |
| 20 |    | backwards?                                                   |
| 21 | A. | Correct.                                                     |
| 22 | Q. | Further up the chain, okay.                                  |
| 23 | A. | Yes.                                                         |
| 24 | Q. | And then I guess once you sign off on it, what               |