**UNITED STATES DISCTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JOSEPH ABASCIANO,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF BOSTON; by and through its Treasurer, Ashley Groffenberger; MICHELLE WU; MICHAEL A. COX; PHILLIP OWENS; AND JOSEPH COPPINGER.**<br>**Defendants.** | **C.A. NO. 1:24-CV-12654-ADB** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Adam D. Johnson as counsel of record for Defendants City of Boston, Michelle Wu, Michael A. Cox, Phillip Owens, and Joseph Coppinger.

Dated: October 22, 2026

Respectfully submitted,

**THE DEFENDANTS,**

By their attorney,

Michael Firestone,
Corporation Counsel

***/s/Adam D. Johnson***__________
Adam D. Johnson (BBO#679142)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4097
adam.johnson@boston.gov

**CERTIFICATE OF SERVICE**

I, Adam D. Johnson, hereby certify that on October 22, 2026, a true and correct copy of this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

***/s/Adam D. Johnson__________***
Adam D. Johnson