UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:24-CV-12654

JOSEPH ABASCIANO, )
Plaintiff, )
)
VS: )
)
CITY OF BOSTON; by and through its Treasurer, )
Ashley Groffenberger; MICHELLE WU; )
MICHAEL A. COX; PHILLIP OWENS; AND )
JOSEPH COPPINGER. )
Defendants )

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Kindly withdraw my appearance as counsel for the CITY OF BOSTON; by and through its Treasurer, Ashley Groffenberger; MICHELLE WU; MICHAEL A. COX; PHILLIP OWENS; and JOSEPH COPPINGER, in the above-captioned action.

Respectfully submitted,

*/s/ Michael V. Glennon*

Michael V. Glennon, BBO# 678977
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
mglennon@bhpkaw.com

Dated: October 27, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

*/s/ Michael V. Glennon*
Michael V. Glennon, BBO# 678977

Dated: October 27, 2026